DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475



**FILED**
SEP 0 9 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
BEATA JEFFERIS

Chapter 13
Case No. 07-3-1107 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $47.92 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 055 | CLERK OF THE COURT FOR WORLDWIDE ASSET PURCHASING LLC P O BOX 105698 ATLANTA, GA 30348 | $47.92 |

Dated: September 7, 2011

_____
CECILIA MARCELO
Receipts Administrator